Kimberlee A. Colbo
HUGHES WHITE COLBO
& TERVOOREN, LLC
4241 B Street, Ste 202
Anchorage, Alaska 99503
Telephone: (907) 263-8255
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID NOLL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:23-cv-_____-___<br><br><br><br>**NOTICE OF REMOVAL** |

TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

This notice of defendant State Farm Mutual Automobile Insurance Company respectfully shows:

1. That on the 6th day of December, 2022, an action was commenced in the Superior Court for the State of Alaska at Anchorage, entitled *David Noll v. State Farm Mutual Insurance Company*, Case No. 3AN-22-09450 Civil. Plaintiff's complaint asserts a claim for breach of the covenant of good faith and fair dealing ("bad faith") in

addition to a claim for recovery of the available underinsured motorist benefits under a State Farm insurance policy. Plaintiff seeks not only compensatory damages, but punitive damages. Plaintiff seeks damages in an amount greater than $100,000. Therefore, the amount in controversy is more than $75,000, exclusive of interest, costs and fees.

2. That this notice of removal is being filed pursuant to Title 28, United States Code § 1446(a) and (b) within thirty (30) days after receipt by defendant State Farm Mutual Automobile Insurance Company of the Summons and Complaint in the above-referenced action. Service of the Summons was accomplished on or about December 19, 2022.

3. This court has original jurisdiction of this action pursuant to Title 28, U.S.C. Section 1332(a), and this action may be removed to United States District Court pursuant to Title 28, U.S.C. Section 1441 and Section 1446(b), in that it is a civil action, the sum in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity exists between the parties to this lawsuit.

4. On information and belief, at the time this action was commenced, Plaintiff was a resident of Alaska as alleged in the Complaint.

5. At the time this action was commenced, defendant State Farm Mutual Automobile Insurance Company was, and is, a mutual insurance company organized under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois.

6. Defendant State Farm Mutual Automobile Insurance Company will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE defendant State Farm Mutual Automobile Insurance Company gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District at Anchorage is hereby removed to this court.

DATED at Anchorage, Alaska, this 18th day of January, 2023.

        HUGHES WHITE COLBO
        & TERVOOREN, LLC,
        Attorneys for Defendant State Farm Fire
        and Casualty Company


    By: *s/Kimberlee A. Colbo*
       Kimberlee A. Colbo
       ABA No. 9211072
       1029 W 3RD AVENUE, STE 110
       Anchorage, AK 99501
       Telephone No: (907) 263-8255
       Facsimile No: (907) 263-8320
       Email: kcolbo@hugheswhite.com

## VERIFICATION

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

      Kimberlee A. Colbo, being first duly sworn, deposes and states that she is one of the attorneys for State Farm Mutual Automobile Insurance Company, defendant above named; that she knows the contents of this notice of removal and that the same are true and accurate to the best of her knowledge and belief; and that she voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of State Farm Mutual Automobile Insurance Company.

*/s/ Kimberlee A. Colbo*
Kimberlee A. Colbo

      SUBSCRIBED AND SWORN TO before me this 18th day of January, 2023.

*/s/ Michelle Garner*
Notary Public in and for Alaska
My commission expires: October 23, 2026

STATE OF ALASKA
NOTARY PUBLIC
Michelle L. Garner
My Commission Expires Oct 23, 2026

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 18th day of January, 2023 on:

Jeff Barber
Barber & Associates, LLC
540 E. Fifth Avenue
Anchorage, AK 99501
jeffb@alaskainjury.com


　　s/Kimberlee A. Colbo